ACCEPTED
01-14-00671-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/7/2015 2:44:38 PM
CHRISTOPHER PRINE
CLERK

## Cause No. 01-14-00671-CV

_____

### IN THE COURT OF APPEALS
### FOR THE FIRST DISTRICT OF TEXAS
### HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/7/2015 2:44:38 PM
CHRISTOPHER A. PRINE
Clerk

### JOEL A. KOLB AND TRACEY KOLB

*Appellants,*

**v.**

### EDWARD C. SCARBROUGH, INDIVIDUALLY AND AS TRUSTEE FOR ECS TRUST, ECS TRUST AND CHERYL SCARBROUGH

*Appellees.*

Appeal from the 268th District Court of Harris County, Texas
Cause No. 2013-DCV-205374

### JOEL A. KOLB AND TRACEY KOLB'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF

COME NOW Appellants Joel A. Kolb and Tracey A. Kolb and file this Unopposed Motion for Extension of Time pursuant to Texas Rule of Appellate Procedure 10.5(b) and in support thereof would respectfully show as follows:

1. The current deadline for filing Appellants' Reply Brief is January 9, 2015.

2. Appellants seek an extension of time to file their reply brief until January 16, 2015, an additional 7 days from the original due date of Appellants' brief.

3.     This is Appellants' first request for an extension on the Appellants' Reply Brief. This request is not sought for delay, but in order that justice may be done and to allow time for preparation of helpful and complete briefs on the merits. See TEX. R. APP. P. 10.5(b)(1)(c)

**PRAYER**

Appellants ask this Court to grant an extension until Friday, January 16, to file their Reply Brief.

Respectfully submitted,

_/s/ Benjamin W. Allen_
Casey T. Wallace
State Bar No. 00795827
Benjamin W. Allen
State Bar No. 24069288
JOHNSON, TRENT, WEST & TAYLOR, LLP
919 Milam, Suite 1700
Houston, Texas 77002
Telephone: (713) 222-2323
Facsimile:   (713) 222-2226

**ATTORNEYS FOR APPELLANTS ANDREW A. KOLB AND TRACEY A. KOLB**

## CERTIFICATE OF CONFERENCE

On January 6, 2015, the below-signed counsel for Appellants contacted Brett Sileo, counsel for Appellees, and Appellees are unopposed to the relief requested in this motion.

*/s/ Benjamin W. Allen*
Benjamin W. Allen

## CERTIFICATE OF SERVICE

I certify that on January 7, 2015, a true and correct copy of the foregoing instrument was served in accordance with the Texas Rules of Civil Procedure.

Britton B. Harris
Harris, Hilburn & Sherer
1111 Rosalie
Houston, Texas 77004
Telephone: (713) 223-3936
Facsimile: (713) 224-5358

*Attorney for Appellees, Edward C. Scarbrough,*
*Individually and as Trustee of ECS Trust,*
*Cheryl Scarbrough and ECS Trust*

*/s/ Benjamin W. Allen*
Benjamin W. Allen